UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 97-141 |
| MITCHER HARDIN, JR. | SECTION: "B" |

### ORDER

Considering the Government's "Rule to Revoke Supervised Release" (Rec. Doc. 453),

**IT IS HEREBY ORDERED** that **MITCHER HARDIN, JR.** appear before this Court on **Wednesday, May 1, 2019, at 2:00 p.m.** to show cause why his supervised release should not be revoked.

New Orleans, Louisiana, this 18th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE