# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| MITCHER HARDIN, JR. | Case No.  053L 2:97CR00141-001 "B" |
| | USM No.  25589-034 |
| | SAMUEL J. SCILLITANI, JR. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Mandatory Condition   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | On March 26, 2019, defendant traveled outside of the judicial district without permission from personnel at U. S. Probation Office. This travel resulted in defendant's arrest | 03/26/2019 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The violation listed below is dismissed without prejudice:

On March 26, 2019, during a traffic stop in Port Allen, Louisiana, Hardin was arrested by personnel of the Louisiana State Police Task Force and charged with Possession of a Schedule I Controlled Substance (Heroin), Possession of a Schedule II Controlled Substance (Cocaine), Failure to Properly Use Turning Signals and Failure to Yield to an Emergency Vehicle

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5093

Defendant's Year of Birth:   1965

City and State of Defendant's Residence:
Harahan, Louisiana

March 4, 2020
Date of Imposition of Judgment

_Signature of Judge_

Ivan L. R. Lemelle, Senior United States District Judge
Name and Title of Judge

March 11, 2020
Date

Judgment — Page 2 of 2

DEFENDANT: MITCHER HARDIN, JR.
CASE NUMBER: 053L 2:97CR00141-001 "B"

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**6 MONTHS WITH CREDIT FOR 2 DAYS SERVED**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☒ before 2 p.m. on   April 6, 2020   .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL